TMS- 10/28/2024

RIG: USAO 2022R00722

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | *   CRIMINAL NO.   LKG-24-318 |
| v. | * |
| | *   (Threat against a Federal Official, 18 |
| LAKEISHA ANGELA JONES, | *   U.S.C. § 115(a)(1)(B); Interstate |
| | *   Communication Containing a Threat to |
| Defendant | *   Harm, 18 U.S.C. § 875(c); Forfeiture, 18 |
| | *   U.S.C. § 981(a)(1)(C), 21 U.S.C. |
| | *   § 853(p), 28 U.S.C. § 2461(c)) |
| | * |

*******

## INDICTMENT

### COUNT ONE
(Threat Against a Federal Official)

The Grand Jury for the District of Maryland charges that:

On or about July 5, 2022, in the District of Maryland and elsewhere, the defendant,

**LAKEISHA ANGELA JONES,**

did threaten to murder K.P., a Postal Inspector with the United States Postal Inspection Service, with intent to retaliate against K.P. on account of the performance of her official duties, in violation of Title 18, United States Code, Section 115.

18 U.S.C. § 115(a)(1)(B)

## COUNT TWO
### (Interstate Communication Containing a Threat to Harm)

The Grand Jury for the District of Maryland charges that:

On or about July 5, 2022, in the District of Maryland and elsewhere, the defendant,

**LAKEISHA ANGELA JONES,**

knowingly and willfully did transmit and cause to be transmitted in interstate and foreign commerce from the State of Maryland to the State of Illinois, a communication that contained a threat to injure the person of another, to wit: a communication made by telephone in which the Defendant threatened to murder United States Postal Inspector K.P.

18 U.S.C. § 875(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the event of the defendant's conviction of any of the offenses alleged in Count One and Count Two of this Indictment.

2. Upon conviction of the offenses set forth in Counts One or Count Two, the defendant,

**LAKEISHA ANGELA JONES**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property which constitutes, or is derived from, proceeds obtained directly or indirectly, as a result of such offense.

### Substitute Assets

4. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)

18 U.S.C. § 982(a)(2)(A) and (b)(1)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

**SIGNATURE REDACTED**

Foreperson

F-R Erek L. Barron
United States Attorney

Date: October 30, 2024